**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE: <u>Cheryl D. Pierce</u>                                       CASE NO.: 19-00035

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>NewRez LLC d/b/a</u>                                              <u>TCF National Bank</u>
<u>Shellpoint Mortgage Servicing</u>                           Name of Transferor
Name of Transferee

Name and Address where notices to transferee           Court Claim # (if known): <u>7-1</u>
should be sent:                                                             Amount of Claim: <u>$24,141.72</u>
                                                                                       Date Claim Filed: <u>03/05/2019</u>
NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

Phone: <u>800-365-7107</u>                                              Phone: <u>(763) 337-5001</u>
Last Four Digits of Acct #: <u>0497</u>                            Last Four Digits of Acct #: <u>1654</u>

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Richard Piepes</u>                                              Date: <u>March 30, 2020</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**IN RE: Cheryl D. Pierce**                                                                                    **CASE NO.: 19-00035**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on <u>March 31 2020</u> I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States

Mail to the following parties:

Cheryl D. Pierce
329 Emmerson Ave.
Itasca, IL 60143

And via electronic mail to:

David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

**Robertson, Anschutz, Schneid & Crane LLC**
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/ Nathan Doswell
Email: ndoswell@rascrane.com